## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

In Re:

CHAD DOUGLAS EVERETT
DEBRA ANN EVERETT
5205 AUTUMN HARVEST COURT
KERNERSVILLE, NC 27284-9888

Debtor(s).

Case No. B-12-50037-C-7W CRA

### CERTIFICATE OF SERVICE

      This is to certify that copies of the  <u>NOTICE OF OBJECTIONS TO CLAIMS</u> and <u>TRUSTEE'S OBJECTION TO THE ALLOWANCE OF CLAIM</u> in the above captioned case were duly served on the parties listed below by electronic means and/or  depositing said copies in the United States mail, first class, postage prepaid and addressed as follows:

| | |
|---|---|
| WILLIAM P. MILLER<br>U. S. BANKRUPTCY ADMINISTRATOR<br>bancm_ecf@ncmba.uscourts.gov | Truliant Federal Credit Union<br>P O Box 26000<br>Winston-Salem, NC 27114-6000 |
| ECast Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft Lowell, Suite 200<br>Tucson, AZ 85712 | Wells Fargo Bank, NA<br>Attn: Bankruptcy Department<br>MAC D3347-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715<br>pocnotifications@wellsfargo.com |

Dated:   September 15, 2015

    /s/ W. Joseph Burns
    W. Joseph Burns
    Attorney for Trustee
    State Bar No. 006062
    P.O. Box 21433
    Winston-Salem, NC 27120-1433
    Telephone: (336) 893-7384