# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: EVERETT, CHAD DOUGLAS | § | Case No. 12-50037 |
| EVERETT, DEBRA ANN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on January 10, 2012.   The case was converted to one under Chapter 7 on October 29, 2014.  The undersigned trustee was appointed on October 29, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $            9,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 89.02 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 8,910.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

___

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/09/2015 and the deadline for filing governmental claims was 02/16/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,650.00, for a total compensation of $1,650.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2016 _____    By:/s/W. Joseph Burns _____
                                          Trustee

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**USBA Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-50037
Case Name:  EVERETT, CHAD DOUGLAS
            EVERETT, DEBRA ANN
Period Ending: 02/23/16

Trustee:       (530172)    W. Joseph Burns
Filed (f) or Converted (c):  10/29/14 (c)
§341(a) Meeting Date:  12/05/14
Claims Bar Date:  06/09/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home and lot located at 5205 Autumn<br>Imported from original petition Doc# 1 | 305,000.00 | 25,712.72 | | 0.00 | FA |
| 2 | 17.15 acres land located in Sandy Ridge, Stokes,<br>Imported from original petition Doc# 1 | 30,000.00 | 9,000.00 | | 9,000.00 | FA |
| 3 | Checking account with Wells Fargo<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Truliant Federal Credit Uni<br>Imported from original petition Doc# 1 | 5.00 | 5.00 | | 0.00 | FA |
| 5 | BB&T Checking Account<br>Imported from original petition Doc# 1 | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 6 | Indoor & outdoor household goods,furniture,appli<br>Imported from original petition Doc# 1 | 3,600.00 | 3,600.00 | | 0.00 | FA |
| 7 | Wearing Apparel, Jewelry<br>Imported from original petition Doc# 1 | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 8 | Computer, Printer, Scanner,TV, Stereo Equipment,<br>Imported from original petition Doc# 1 | 900.00 | 900.00 | | 0.00 | FA |
| 9 | American General Term Life Insurance Wife, Debra<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | NationWide Term Life Insurance Husband, Chad Eve<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 529 State Plan for the benefit of three children<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 12 | 401K through employer Bobco, Inc. (Approximate a<br>Imported from original petition Doc# 1 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 13 | 16 shares of stock in M & D Enterprises Group, I<br>Imported from original petition Doc# 1 | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 14 | 2003 Cadillac Escalade AWD 4 door with sunroof a<br>Imported from original petition Doc# 1 | 12,750.00 | 0.00 | | 0.00 | FA |
| 15 | 2003 Chevrolet Avalanche Crew Cab 1500 4WD 4<br>doo<br>Imported from original petition Doc# 1 | 9,875.00 | 0.00 | | 0.00 | FA |
| 16 | 2002 Coleman Travel Trailer<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-50037 | **Trustee:** (530172) W. Joseph Burns |
| **Case Name:** EVERETT, CHAD DOUGLAS | **Filed (f) or Converted (c):** 10/29/14 (c) |
| EVERETT, DEBRA ANN | **§341(a) Meeting Date:** 12/05/14 |
| **Period Ending:** 02/23/16 | **Claims Bar Date:** 06/09/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | **Assets** Totals (Excluding unknown values) | $417,930.00 | $90,017.72 | | $9,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 22, 2016    **Current Projected Date Of Final Report (TFR):** June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-50037 | Trustee: | W. Joseph Burns (530172) |
|---|---|---|---|
| Case Name: | EVERETT, CHAD DOUGLAS | Bank Name: | INTEGRITY BANK |
| | EVERETT, DEBRA ANN | Account: | ********037 - Checking Account |
| Taxpayer ID #: | **-***8244 | Blanket Bond: | $2,500,000.00  (per case limit) |
| Period Ending: | 02/23/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | | 1110-000 | 3,000.00 | | 3,000.00 |
| 03/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 2.34 | 2,997.66 |
| 04/14/15 | {2} | Debra & Chad Everett | Pmt on settlement | 1110-000 | 500.00 | | 3,497.66 |
| 04/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 5.04 | 3,492.62 |
| 05/20/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | settlement payment | 1110-000 | 500.00 | | 3,992.62 |
| 05/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 5.89 | 3,986.73 |
| 06/16/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | | 1110-000 | 500.00 | | 4,486.73 |
| 06/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 6.58 | 4,480.15 |
| 07/15/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | | 1110-000 | 500.00 | | 4,980.15 |
| 07/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 7.64 | 4,972.51 |
| 08/12/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | | 1110-000 | 500.00 | | 5,472.51 |
| 08/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 8.51 | 5,464.00 |
| 09/15/15 | {2} | Chad & Debra Everett | | 1110-000 | 500.00 | | 5,964.00 |
| 09/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 8.92 | 5,955.08 |
| 10/20/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | Payment on excess | 1110-000 | 500.00 | | 6,455.08 |
| 10/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 9.89 | 6,445.19 |
| 11/17/15 | {2} | Debtors | Settlement payment | 1110-000 | 500.00 | | 6,945.19 |
| 11/30/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 10.40 | 6,934.79 |
| 12/17/15 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | settlement payment | 1110-000 | 500.00 | | 7,434.79 |
| 12/31/15 | | Integrity Bank | Bank Service Fee | 2600-000 | | 11.55 | 7,423.24 |
| 01/19/16 | {2} | EVERETT, CHAD DOUGLAS AND<br>EVERETT, DEBRA ANN | settlement payment | 1110-000 | 500.00 | | 7,923.24 |
| 02/01/16 | | Integrity Bank | Bank Service Fee | 2600-000 | | 12.26 | 7,910.98 |
| 02/01/16 | | Integrity Bank | Transfer to Rabobank, N.A. | 9999-000 | | 7,910.98 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 7,910.98 | |
| Subtotal | | 8,000.00 | 89.02 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $8,000.00 | $89.02 | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-50037 | | Trustee: | W. Joseph Burns (530172) |
| Case Name: | EVERETT, CHAD DOUGLAS | | Bank Name: | Rabobank, N.A. |
| | EVERETT, DEBRA ANN | | Account: | ****703866 - Checking Account |
| Taxpayer ID #: | **-***8244 | | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 02/23/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/16 | | Rabobank, N.A. | Transfer from Integrity Bank | 9999-000 | 7,910.98 | | 7,910.98 |
| 02/04/16 | {2} | Chad Everett | Final (2) pmts of settlement of exemptions | 1110-000 | 1,000.00 | | 8,910.98 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,910.98 | 0.00 | $8,910.98 |
| Less: Bank Transfers | | 7,910.98 | 0.00 |
| Subtotal | | 1,000.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $1,000.00 | $0.00 |

| Net Receipts : | 9,000.00 |
|---|---|
| Net Estate : | $9,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********037 | 8,000.00 | 89.02 | 0.00 |
| Checking # ****703866 | 1,000.00 | 0.00 | 8,910.98 |
| | $9,000.00 | $89.02 | $8,910.98 |

Printed:  02/23/16 05:58 PM                                                                                                    Page:  1

# Claims Proposed Distribution

## Case:  12-50037   EVERETT, CHAD DOUGLAS

**Case Balance:**  $8,910.98        **Total Proposed Payment:**  $8,910.98        **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 | Truliant Federal Credit Union | Secured | 4,825.41 * | 0.00 | 0.00 | 0.00 | 0.00 | 8,910.98 |
| | Claim Memo:  2005 Coleman Caravan | | | | | | | |
| 12 | Truliant Federal Credit Union | Secured | 12,953.64 * | 0.00 | 0.00 | 0.00 | 0.00 | 8,910.98 |
| | Claim Memo:  2003 Chev Truck VIN....243358 | | | | | | | |
| 14 | Truliant Federal Credit Union | Secured | 6,997.28 * | 0.00 | 0.00 | 0.00 | 0.00 | 8,910.98 |
| | Claim Memo:  2003 Cadillac Escalade VIN .....211895 | | | | | | | |
| 23 | Wells Fargo Bank, NA | Secured | 279,142.30 * | 0.00 | 0.00 | 0.00 | 0.00 | 8,910.98 |
| | Claim Memo:  5205 Autumn Harvest Court | | | | | | | |
| **SUBTOTAL FOR  SECURED** | | | **303,918.63** | **0.00** | **0.00** | **0.00** | **0.00** | |
| | W. Joseph Burns | Admin Ch.  7 | 1,650.00 | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 | 7,260.98 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | William Joseph Burns | Admin Ch.  7 | 31.58 | 31.58 | 0.00 | 31.58 | 31.58 | 7,229.40 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | William Joseph Burns | Admin Ch.  7 | 2,626.00 | 2,626.00 | 0.00 | 2,626.00 | 2,626.00 | 4,603.40 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| **SUBTOTAL FOR  ADMIN CH.  7** | | | **4,307.58** | **4,307.58** | **0.00** | **4,307.58** | **4,307.58** | |
| 1 | Triad Radiology Associates | Unsecured | 9.49 | 9.49 | 0.00 | 9.49 | 0.38 | 4,603.02 |
| 2 | UHS Physicians, LLC | Unsecured | 85.51 | 85.51 | 0.00 | 85.51 | 3.40 | 4,599.62 |
| 3 | Department Stores National Bank/Macys | Unsecured | 620.19 | 620.19 | 0.00 | 620.19 | 24.66 | 4,574.96 |
| 4 | Discover Bank, DB Servicing Corporation | Unsecured | 3,292.87 | 3,292.87 | 0.00 | 3,292.87 | 130.95 | 4,444.01 |
| 5 | Discover Bank, DB Servicing Corporation | Unsecured | 2,850.69 | 2,850.69 | 0.00 | 2,850.69 | 113.36 | 4,330.65 |
| 6 | Capital One, N.A | Unsecured | 1,458.99 | 1,458.99 | 0.00 | 1,458.99 | 58.02 | 4,272.63 |
| 7 | Candica, LLC | Unsecured | 13,746.83 | 13,746.83 | 0.00 | 13,746.83 | 546.66 | 3,725.97 |
| 8 | Portfolio Recovery Associates | Unsecured | 15,840.17 | 15,840.17 | 0.00 | 15,840.17 | 629.91 | 3,096.06 |
| 9 | Wake Forest University Health Sciences | Unsecured | 166.65 | 166.65 | 0.00 | 166.65 | 6.63 | 3,089.43 |
| 10 | American Express Centurion Bank | Unsecured | 5,035.18 | 5,035.18 | 0.00 | 5,035.18 | 200.23 | 2,889.20 |
| 13 | Truliant Federal Credit Union | Unsecured | 2,980.86 | 2,980.86 | 0.00 | 2,980.86 | 118.54 | 2,770.66 |
| 15 | Portfolio Recovery Associates, LLC | Unsecured | 6,651.56 | 6,651.56 | 0.00 | 6,651.56 | 264.51 | 2,506.15 |
| 16 | Portfolio Recovery Associates, LLC | Unsecured | 778.50 | 778.50 | 0.00 | 778.50 | 30.96 | 2,475.19 |
| | Claim Memo:  Credit Card/Citihealth | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case:  12-50037   EVERETT, CHAD DOUGLAS

| Case Balance: | $8,910.98 | | Total Proposed Payment: | $8,910.98 | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | eCAST Settlement Corporation | Unsecured | 786.29* | 786.29 | 0.00 | 786.29 | 31.27 | 2,443.92 |
| | Claim Memo:  Filed as secured HHG; allowed as gen uns | | | | | | | |
| 18 | InSolve Recovery, LLC by American InfoSource LP | Unsecured | 1,093.90 | 1,093.90 | 0.00 | 1,093.90 | 43.50 | 2,400.42 |
| 19 | OAK HARBOR CAPITAL IV, LLC | Unsecured | 15,578.24 | 15,578.24 | 0.00 | 15,578.24 | 619.49 | 1,780.93 |
| | Claim Memo:   Credit Card | | | | | | | |
| 20 | OAK HARBOR CAPITAL IV, LLC | Unsecured | 8,998.92 | 8,998.92 | 0.00 | 8,998.92 | 357.85 | 1,423.08 |
| | Claim Memo:   Credit Card | | | | | | | |
| 21 | BACK BOWL I LLC, SERIES C | Unsecured | 32,619.40 | 32,619.40 | 0.00 | 32,619.40 | 1,297.15 | 125.93 |
| | Claim Memo:   Credit Card | | | | | | | |
| 22 | Wells Fargo Bank | Unsecured | 441.35 | 441.35 | 0.00 | 441.35 | 17.55 | 108.38 |
| 24 | Truliant Federal Credit Union | Unsecured | 2,725.48 | 2,725.48 | 0.00 | 2,725.48 | 108.38 | 0.00 |
| | Claim Memo:   Loanliner | | | | | | | |
| SUBTOTAL FOR   UNSECURED | | | 115,761.07 | 115,761.07 | 0.00 | 115,761.07 | 4,603.40 | |
| | Total for Case 12-50037 : | | $423,987.28 | $120,068.65 | $0.00 | $120,068.65 | $8,910.98 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $4,307.58 | $4,307.58 | $0.00 | $4,307.58 | 100.000000% |
| Total Secured Claims : | $303,918.63 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $115,761.07 | $115,761.07 | $0.00 | $4,603.40 | 3.976639% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-50037
Case Name: EVERETT, CHAD DOUGLAS
Trustee Name: W. Joseph Burns

**Balance on hand:**  $   8,910.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|--------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   8,910.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - W. Joseph Burns | 1,650.00 | 0.00 | 1,650.00 |
| Attorney for Trustee, Fees - William Joseph Burns | 2,626.00 | 0.00 | 2,626.00 |
| Attorney for Trustee, Expenses - William Joseph Burns | 31.58 | 0.00 | 31.58 |

Total to be paid for chapter 7 administration expenses:  $   4,307.58
Remaining balance:  $   4,603.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   4,603.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|--------------------------|--------------------------|------------------|
| None | | | | |

**USBA Form 101-7-TFR (05/1/2011)**

|  | | Total to be paid for priority claims: | $ | 0.00 |
|--|--|--|--|--|
|  | | Remaining balance: | $ | 4,603.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,761.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Triad Radiology Associates | 9.49 | 0.00 | 0.38 |
| 2 | UHS Physicians, LLC | 85.51 | 0.00 | 3.40 |
| 3 | Department Stores National Bank/Macys | 620.19 | 0.00 | 24.66 |
| 4 | Discover Bank, DB Servicing Corporation | 3,292.87 | 0.00 | 130.95 |
| 5 | Discover Bank, DB Servicing Corporation | 2,850.69 | 0.00 | 113.36 |
| 6 | Capital One, N.A | 1,458.99 | 0.00 | 58.02 |
| 7 | Candica, LLC | 13,746.83 | 0.00 | 546.66 |
| 8 | Portfolio Recovery Associates | 15,840.17 | 0.00 | 629.91 |
| 9 | Wake Forest University Health Sciences | 166.65 | 0.00 | 6.63 |
| 10 | American Express Centurion Bank | 5,035.18 | 0.00 | 200.23 |
| 13 | Truliant Federal Credit Union | 2,980.86 | 0.00 | 118.54 |
| 15 | Portfolio Recovery Associates, LLC | 6,651.56 | 0.00 | 264.51 |
| 16 | Portfolio Recovery Associates, LLC | 778.50 | 0.00 | 30.96 |
| 17 | eCAST Settlement Corporation | 786.29 | 0.00 | 31.27 |
| 18 | InSolve Recovery, LLC by American InfoSource LP | 1,093.90 | 0.00 | 43.50 |
| 19 | OAK HARBOR CAPITAL IV, LLC | 15,578.24 | 0.00 | 619.49 |
| 20 | OAK HARBOR CAPITAL IV, LLC | 8,998.92 | 0.00 | 357.85 |
| 21 | BACK BOWL I LLC, SERIES C | 32,619.40 | 0.00 | 1,297.15 |
| 22 | Wells Fargo Bank | 441.35 | 0.00 | 17.55 |
| 24 | Truliant Federal Credit Union | 2,725.48 | 0.00 | 108.38 |

|  | Total to be paid for timely general unsecured claims: | $ | 4,603.40 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

**USBA Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**USBA Form 101-7-TFR (05/1/2011)**

Printed: 02/23/16 06:00 PM

# Trustee's Compensation

**Debtor:** EVERETT, CHAD DOUGLAS                    **Case:** 12-50037

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 9,000.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 4,000.00 | = | 400.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | **Calculated Total Compensation:** | | **$1,650.00** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$1,650.00** |
| | Less Previously Paid: | | 0.00 |
| | **Total Compensation Requested:** | | **$1,650.00** |

## Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | **Subtotal Expenses:** | **$0.00** |
| | Plus Adjustment: | 0.00 |
| | **Total Expenses:** | **$0.00** |
| | Less Previously Paid: | 0.00 |
| | **Total Expenses Requested:** | **$0.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,650.00 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 02/23/16                    Signed: _/s/ W. Joseph Burns_____

W. Joseph Burns
P O Box 21433

Winston-Salem, NC 27120-1433